■ In the Matter of ROGER SIMMONDS, Petitioner, v DONALD SELSKY, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [801 NYS2d 87]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Correctional Services which found petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding to challenge a determination finding him guilty of violating the prison disciplinary rule that prohibits the unauthorized use of a controlled substance. The Attorney General has advised this Court that the determination at issue has been administratively reversed and all references thereto expunged from petitioner's institutional record. Inasmuch as petitioner has received all the relief to which he is entitled and is no longer aggrieved, the matter is dismissed as moot (*see Matter of Hyde v Selsky*, 16 AD3d 799 [2005]).

Cardona, P.J., Crew III, Spain, Rose and Lahtinen, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $50.